No. 6,534.—C. E. PRIESS, Respondent, *v.* AETNA INSURANCE CO., Appellant.

Decided October 26, 1929.

PER CURIAM.—Of its own motion the court dismisses the appeal herein because of appellant's laches.

*Mr. J. J. Bourquin* and *Mr. George Bourquin,* for Appellant.

No. 6,476.—ROCKWOOD BROWN, Respondent, *v.* CARMEN G. THUERER, Appellant.

Decided October 6, 1929.

PER CURIAM.—Of its own motion the court dismisses the appeal herein because of appellant's laches.

*Messrs. Wood & Cooke,* for Appellant.

*Messrs. Brown, Wiggenhorn & Davis,* for Respondent.

(NOTE.—The above appeal was reinstated on November 18, 1929, and finally dismissed on stipulation of counsel on April 7, 1930.)